E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-0142
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>           vs.<br><br>REAL PROPERTY LOCATED AT 14600 INNOVATION DRIVE, RIVERSIDE, CALIFORNIA,<br>           Defendant. | Case No. 5:17-CV-01875-DMG (SPx)<br><br>**JOINT STATUS REPORT** |
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>           vs.<br><br>REAL PROPERTY LOCATED AT 2323 MAIN STREET, IRVINE, CALIFORNIA, | Case No. 8:17-CV-01592-DMG (SPx) |

1

| | |
|---|---|
| Defendant.<br>UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 10681 PRODUCTION AVENUE, FONTANA, CALIFORNIA,<br>Defendant. | Case No. 5:17-CV-01872-DMG (SPx) |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 1001 S. DOUBLEDAY AVENUE, ONTARIO, CALIFORNIA,<br>Defendant. | Case No. 5:17-CV-01873-DMG (SPx) |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>APPROXIMATELY 279,808 ALUMINUM STRUCTURES IN THE SHAPE OF PALLETS,<br>Defendants. | Case No. 5:18-CV-01023-DMG (SPx) |

The Government and Claimants in the five related civil forfeiture actions hereby submit this Joint Report in response to the Court's December 29, 2023.

The parties have met and conferred and proposed the following:

//

//

2

The parties believe that the stipulated stays should remain in place until there is a final judgment in the related criminal case, including the exhaustion of any appeals.

DATED: December 29, 2023

E. MARTIN ESTRADA
United States Attorney

  /S/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: December 29, 2023

LARSON LLP

/s/ A. Alex Lowder (per email authorization)
STEPHEN G. LARSON
HILARY POTASHNER
A. ALEXANDER LOWDER
ROBERT RUYAK

Attorneys for Claimants
10681 PRODUCTION AVENUE, LLC
VON KARMAN-MAIN STREET, LLC
1001 DOUBLEDAY, LLC
SCUDERIA DEVELOPMENT, LLC
Perfectus Aluminium, Inc.